UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCES E. HUFF,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C09-0940-RSL-MAT<br><br><br>PROPOSED ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Second Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including February 5, 2010, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including February 19, 2010, to file an optional reply brief.

**No further extension will be granted absent extraordinary circumstances.**

DATED this 4th day of February, 2010.

                                        s/ Mary Alice Theiler
                                        United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY,　　WSB #26456
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2112
FAX:  (206) 615-2531
thomas.elsberry@ssa.gov